AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| UNITED STATE OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| BRENDAN JOHN GEIER | ) |
| *Defendant* | ) |

Case No.    2:26-MJ-9087

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brendan John Geier

Date:  6/11/26

_____
*Attorney's signature*

John J. Bruno    No. 026301980
*Printed name and bar number*

301 Route 17 North - Suite 211
Rutherford, NJ 07070

*Address*

jbruno@brunoferraro.com
*E-mail address*

(201) 460-9494
*Telephone number*

(201) 460-0276
*FAX number*